*United States District Court for the Northern District of Illinois*

Case Number: 24CV5263　　　Assigned/Issued By: DJ

Judge Name: ROWLAND　　　Designated Magistrate Judge: GILBERT

## FEE INFORMATION

*Amount Due:* ☒ $405.00　　☐ $52.00　　☐ $5.00
　　　　　　 ☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　 ☐ $605.00

Number of Service Copies: 0　　　Date: 06/24/2024

(For Use by Fiscal Department Only)

Amount Paid: 405.00　　　Receipt #: 100007646

Date Payment Rec'd: 06/24/2024　　　Fiscal Clerk: DJ

## ISSUANCES

☒ Summons　　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets　　　　(Victim, Against and $ Amount)
☐ Writ _____
　　　(Type of Writ)

2 Original and 2 copies on 06/24/2024 as to _____
　　　　　　　　　　　(Date)

VELOCITY INVESTMENTS, LLC, VELOCITY PORTFOLIO GROUP INC.

Rev. 12/1/2023